GAS 245D     (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Nathaniel Frankie Frazier, Jr. | ) | |
| | ) | Case Number:    4:09CR00322-1 |
| | ) | USM Number:    14409-021 |
| | ) | Katie A. Brewington |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 21, 2020 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 30, 2021 |

*See Page 2 for Additional Violations.*

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8534

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:

Savannah, Georgia

October 3, 2022
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

Oct. 6, 2022
Date

GAS 245D
(Rev. 07/22) Judgment in a Criminal Case for Revocations
Case 4:09-cr-00322-WTM-CLR   Document 67   Filed 10/06/22   Page 2 of 3

Judgment— Page 2 of 3

DEFENDANT: Nathaniel Frankie Frazier, Jr.
CASE NUMBER: 4:09CR00322-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 22, 2021 |
| 4 | The defendant possessed, used, or attempted use of a device to impede or evade drug testing (standard condition). | August 4, 2022 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 4, 2022 |

GAS 245D  Case 4:09-cr-00322-WTM-CLR  Document 67  Filed 10/06/22  Page 3 of 3
(Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Nathaniel Frankie Frazier, Jr.
CASE NUMBER: 4:09CR00322-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: <u>9 months as to each count, to be served concurrently.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL